FILED

09/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0215

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0215

_____

PATRICIA TALFELSKI, et al., on behalf of
themselves and all others similarly situated,

      Plaintiffs and Appellees,

  v.

MARK JOHNSON, TAMMI FISHER,

      Plaintiffs, Objectors,
      and Appellants,

  v.

LOGAN HEALTH MEDICAL CENTER,

      Defendant and Appellee.

_____

O R D E R

Appellants, through counsel, have filed a motion to file a "consolidated" reply brief and to extend the filing deadline to November 1, 2023. Counsel states that in the interest of judicial economy Appellants should be permitted to file one "consolidated" reply brief rather than separate briefs addressing each of Appellees' briefs. Pursuant to M. R. App. P. 12(3), "Only one reply brief may be filed, regardless of the number of appellees' briefs filed . . . ."

IT IS HEREBY ORDERED that Appellants motion for extension is GRANTED and Appellants shall have until November 1, 2023, to file their reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 8 2023